**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE FUTURE FINTECH GROUP INC., DERIVATIVE LITIGATION | Case No. 2:24-cv-06620-JXN-JSA |
| This Document Relates To: ALL ACTIONS | (Consolidated with Case Nos. 2:24-cv-06668-JXN-JSA, 2:24-cv-10833-JXN-JRA) |

**STIPULATION AND ORDER STAYING CONSOLIDATED DERIVATIVE ACTION**

Plaintiff Jeff Janzen ("Plaintiff Janzen"), Plaintiff Eric Duquette ("Plaintiff Duquette"), Plaintiff Steve Kast ("Kast" and collectively with Plaintiffs Janzen and Duquette, "Plaintiffs"), and Nominal Defendant Future FinTech Group, Inc. ("Future FinTech" and with Plaintiffs, the "Parties"), jointly submit this stipulation and proposed Order (the "Stipulation") to stay the above-captioned consolidated shareholder derivative action (the "Consolidated Derivative Action") and in support thereof state as follows:

WHEREAS, Plaintiff Janzen, Plaintiff Duquette, and Plaintiff Kast filed shareholder derivative actions on behalf of Future FinTech on May 31, 2024, June 4, 2024, and November 29, 2024, respectively;

WHEREAS, on December 6, 2024, the Court entered a Stipulation and Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel (ECF No. 11, *Janzen Action*);

WHEREAS, on January 30, 2025, the Court entered a Stipulation and Order to Amend the Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel which appointed Bragar Eagel & Squire, P.C. Co-Lead Counsel with The Rosen Law Firm, P.A. (ECF No. 13, *Janzen Action*);

WHEREAS, a putative class action alleging violations of the federal securities laws against Future FinTech and several overlapping defendants in the Consolidated Derivative Action, including Shanchun Huang, Jing Chen, and Ming Yi, based on similar facts and allegations as this Consolidated Derivative Action is pending in this Court captioned *Labelle v. Future FinTech Group, Inc., et al*, Case No. 2:24-cv-00247-JXN-JSA (the "Securities Class Action");

WHEREAS, the Parties agree that further developments in the Securities Class Action may be relevant to this Consolidated Derivative Action and may inform the manner in which this Consolidated Derivative Action proceeds; and

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would be served by temporarily staying this Consolidated Derivative Action, subject to the terms and conditions set forth herein.

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and among the Parties, by and through their respective counsel of record, as follows:

1. All proceedings and deadlines in the Consolidated Derivative Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the Consolidated Derivative Action, are hereby stayed until: (1) the motion to dismiss the Securities Class Action is denied in whole or in part; or (2) the Securities Class Action is dismissed, with prejudice and all appeals related thereto have been exhausted.

2. Plaintiffs may lift this stay so long as Plaintiffs provide fourteen (14) days' written notice to Future FinTech.

3. If the stay of this Consolidated Derivative Action is lifted, the Parties shall submit a proposed scheduling order within fourteen (14) days of the date of the lifting of the stay.

4. Future FinTech shall promptly notify Plaintiffs of any related derivative actions or threatened related derivative action on behalf of Future FinTech, including any related books and records demands and any related litigation demands.

5. Future FinTech shall promptly notify Plaintiffs if a court refuses to stay a related derivative action for a similar or longer duration.

6. Plaintiffs may amend the complaint while the Consolidated Derivative Action is stayed, but Future FinTech shall not be required to respond to any amended complaint during the pendency of the stay.

7. In the event that any documents are produced in any related derivative action or in response to a stockholder's books and records demand or litigation demand arising out of facts alleged in the Consolidated Derivative Action, Future FinTech shall provide the same production to Plaintiffs within ten business days of such production, provided that Plaintiffs have entered into a confidentiality agreement with Future FinTech concerning such production.

8. Future FinTech shall provide Plaintiffs with reasonable advance notice of and include Plaintiffs to any mediation and formal settlement discussions with plaintiffs in the Securities Class Action. Future FinTech shall provide Plaintiffs with reasonable advance notice of and include Plaintiffs as participants in any mediation or formal settlement discussions involving any related derivative actions or threatened derivative actions.

9. After the stay is lifted, Future FinTech will not move to stay this Consolidated Derivative Action in deference to any other related derivative action.

10. In the event that Future FinTech agrees to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to

the plaintiffs therein, those more favorable terms or conditions shall be deemed incorporated into this agreement.

**IT IS SO STIPULATED.**

Dated: March 20, 2025

**THE ROSEN LAW FIRM, P.A.**

*/s/ Erica L. Stone*
Laurence M. Rosen (D.N.J. #047841988)
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

Erica L. Stone (D.N.J. #075462013)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

Lawrence P. Eagel (D.N.J. #038881983)
Melissa A. Fortunato (D.N.J. #071502013)
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: eagel@bespc.com
Email: fortunato@bespc.com

*Co-Lead Counsel for Plaintiffs*

Badge Humphries (*pro hac vice* motion forthcoming)
**GRIFFIN HUMPHRIES LLC**
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina
Telephone: (843) 883-7444
Email: bhumphries@griffinhumphries.com

*Counsel for Plaintiff Steve Kast*

**PAWAR LAW GROUP P.C.**
Vikrant Pawar (D.N.J. # 034552000)
20 Vesey Street, Suite 1410
New York, New York 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Counsel for Plaintiff Eric Duquette*

Dated: March 20, 2025

**FISHERBROYLES, LLP**

*/s/ Patricia B. Fugée*
Patricia B. Fugée (D.N.J. #023171990)
27100 Oakmead Drive, #306
Perrysburg, Ohio 43551
Telephone: (419) 874-6859
Email: patricia.fugee@FisherBroyles.com

Matthew Wawrzyn (*pro hac vice* motion forthcoming)
203 North LaSalle Street, Suite 2100
Chicago, Illinois 60601
Telephone: (224)777-1787
Email: matthew.wawrzyn@fisherbroyles.com

*Counsel for Nominal Defendant Future Fintech Group, Inc.*

SO ORDERED this 20th day of June 2025.

HON. JULIEN XAVIER NEALS
United States District Judge