**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE FUTURE FINTECH GROUP INC., DERIVATIVE LITIGATION | Case No. 2:24-cv-06620-JXN-JSA |
| This Document Relates To:<br><br>ALL ACTIONS | (Consolidated with Case Nos. 2:24-cv-06668-JXN-JSA, 2:24-cv-10833-JXN-JRA) |

**STIPULATION AND ORDER**
**EXTENDING TIME TO FILE PROPOSED SCHEDULING ORDER**

Plaintiff Jeff Janzen ("Plaintiff Janzen"), Plaintiff Eric Duquette ("Plaintiff Duquette"), Plaintiff Steve Kast ("Kast," and collectively with Plaintiffs Janzen and Duquette, "Plaintiffs"), and Nominal Defendant Future FinTech Group, Inc. ("Future FinTech" and with Plaintiffs, the "Parties"), jointly submit this stipulation and proposed Order (the "Stipulation") extending the time to file a proposed scheduling order in the above-captioned consolidated shareholder derivative action (the "Consolidated Derivative Action") and in support thereof state as follows:

WHEREAS, Plaintiff Janzen, Plaintiff Duquette, and Plaintiff Kast filed shareholder derivative actions on behalf of Future FinTech on May 31, 2024, June 4, 2024, and November 29, 2024, respectively;

WHEREAS, on December 6, 2024, the Court entered a Stipulation and Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel (ECF No. 11, *Janzen Action*);

WHEREAS, on January 30, 2025, the Court entered a Stipulation and Order to Amend the Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel which appointed Bragar Eagel & Squire, P.C. Co-Lead Counsel with The Rosen Law Firm, P.A. (ECF No. 13, *Janzen Action*);

WHEREAS, a putative class action alleging violations of the federal securities laws against Future FinTech and several overlapping defendants in the Consolidated Derivative Action, including Shanchun Huang, Jing Chen, and Ming Yi, based on similar facts and allegations as this Consolidated Derivative Action is pending in this Court captioned *Labelle v. Future FinTech Group, Inc., et al*, Case No. 2:24-cv-00247-JXN-JSA (the "Securities Class Action");

WHEREAS, on June 20, 2025, the Court entered the Parties' Stipulation and Order Staying Consolidated Derivative Action dated March 20, 2025 (ECF No. 15) (the "Stay Order"), which stayed all proceedings and deadlines in this Consolidated Derivative Action until (1) the motion to dismiss the Securities Class Action is denied in whole or in part, or (2) the Securities Class Action is dismissed with prejudice and all appeals related thereto have been exhausted;

WHEREAS, Paragraph 3 of the Stay Order provides that, if the stay is lifted, the Parties shall submit a proposed scheduling order within 14 days of the date of the lifting of the stay;

WHEREAS, on September 14, 2026, the Court entered an Opinion and Order denying the motion to dismiss in the Securities Class Action (Securities Class Action, ECF Nos. 69, 70), and, by the terms of the Stay Order, the stay of this Consolidated Derivative Action was lifted as of that date, making the Parties' proposed scheduling order due on or before September 28, 2026;

WHEREAS, counsel for Future FinTech has advised that Future FinTech anticipates a substitution of counsel in this Consolidated Derivative Action, and the Parties agree that additional time is needed to permit that substitution and to allow Future FinTech's counsel to meet and confer with Plaintiffs regarding a proposed schedule;

WHEREAS, this is the Parties' first request for an extension of this deadline, it is made before the deadline has expired, and it is made in good faith and not for purposes of delay;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and among the Parties, by and through their respective counsel of record, as follows:

1. The deadline for the Parties to submit a proposed scheduling order pursuant to Paragraph 3 of the Stay Order is extended to and including October 28, 2026.

2. The deadline for Future FinTech to answer, move against, or otherwise respond to any complaint in the Consolidated Derivative Action shall be set in the proposed scheduling order to be submitted pursuant to Paragraph 1, and no such response shall be due before the Court enters a scheduling order.

3. Nothing in this Stipulation shall be deemed a waiver of any claim, defense, or right of any Party. Except as modified herein, the Stay Order remains in effect according to its terms.

**IT IS SO STIPULATED.**

Dated: September 28, 2026

**THE ROSEN LAW FIRM, P.A.**

*/s/ Erica L. Stone*
Laurence M. Rosen (D.N.J. #047841988)
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

Erica L. Stone (D.N.J. #075462013)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

Lawrence P. Eagel (D.N.J. #038881983)
Melissa A. Fortunato (D.N.J. #071502013)
**BRAGAR EAGEL & SQUIRE, P.C.**
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506

Email: eagel@bespc.com
Email: fortunato@bespc.com

*Co-Lead Counsel for Plaintiffs*

Badge Humphries (*pro hac vice* motion forthcoming)
**GRIFFIN HUMPHRIES LLC**
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina
Telephone: (843) 883-7444
Email: bhumphries@griffinhumphries.com

*Counsel for Plaintiff Steve Kast*

**PAWAR LAW GROUP P.C.**
Vikrant Pawar (D.N.J. #034552000)
20 Vesey Street, Suite 1410
New York, New York 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Counsel for Plaintiff Eric Duquette*

Dated: September 28, 2026

**FISHERBROYLES, LLP**

*/s/ Patricia B. Fugée*
Patricia B. Fugée (D.N.J. #023171990)
6725 W. Central Ave., Suite M, PMB 386
Toledo, Ohio 43617
Telephone: (419) 874-6859
Email: patricia.fugee@FisherBroyles.com

*Counsel for Nominal Defendant Future FinTech Group, Inc.*

SO ORDERED this 29th day of September 2026.

**s/ Jessica S. Allen**
HON. JESSICA S. ALLEN
United States Magistrate Judge